# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2022-2876
LT Case No. 2019-102549-CFDL

_____

NORA LAMB,

　　Appellant,

　　v.

STATE OF FLORIDA,

　　Appellee.

_____


On appeal from the Circuit Court for Volusia County.
James R. Clayton, Judge.

Anthony M. Candela, B.C.S., of Candela Law Firm, P.A.,
Riverview, for Appellant.

Nora Lamb, Florida City, pro se.

Ashley Moody, Attorney General, Tallahassee, and Deborah A.
Chance, Assistant Attorney General, Daytona Beach, for Appellee.

May 21, 2024


PER CURIAM.

　　AFFIRMED.

LAMBERT, HARRIS, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____